**So Ordered.**

**Dated: June 25th, 2018** 

Frank L. Kurtz
Bankruptcy Judge

METINER G. KIMEL - State Bar No. 21280
KIMEL LAW OFFICES
205 N. 40th Ave., Ste 205
Yakima, WA  98908

Telephone: (509) 452-1115
Facsimile: (509) 965-5860

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No. 18-00054 |
| MARTINEZ, MARIO AND CELINA | Chapter 13 Case |
| Debtors | **AGREED ORDER STRIKING FINAL HEARING ON MABTON LAND LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| MABTON LAND LLC, a Washington limited liability company | |
| Plaintiff, | |
| vs. | |
| MARTINEZ, MARIO AND CELINA | |
| Debtors. | |

In re Martinez; Case No. 18-00054
Agreed Order Striking Final Hearing On MLLLC's Motion for Relief From Stay

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA  98908

1`

18-00054-FLK13    Doc 72    Filed 06/25/18    Entered 06/25/18 16:29:51    Pg 1 of 2

The matter of the status conference on Mabton Land LLC's ("MLLLC") **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** (the "Motion") came before the Court on June 19, 2018. The Debtors appeared via their counsel Paul Williams, and MLLLC was represented by Metiner G Kimel. Based upon the representations made to the Court that the Motion has been resolved by an agreed order which is subject to notice and hearing, the Court now Orders:

1. The final hearing on MLLLC's Motion set for June 26, 2018 is struck, without prejudice to the parties re-noting the matter for hearing if necessary.

///End of Order///

Presented by:
KIMEL LAW OFFICES
By: */s/ Metiner G. Kimel*
Metiner G. Kimel, Attorney for MLLLC

Agreed as to Form

By: */s/ Paul Williams*
Paul Williams, Attorney for the Debtors

In re Martinez; Case No. 18-00054
Agreed Order Striking Final Hearing On MLLLC's Motion for Relief From Stay

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

2`

18-00054-FLK13    Doc 72    Filed 06/25/18    Entered 06/25/18 16:29:51    Pg 2 of 2