LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

Debtor(s) Name __Mario M. Martinez and Celina Martinez__   Case Number __18-00054-FLK13__

- **Debtors** – is this change for: Debtor _____ Joint Debtor _____ Both _____

- **Debtors** – is debtor a DeBN participant? Yes _____ No _____

- **Creditors** – is this change for: Noticing Address _____ Payment Address _____ Both __X__

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| The Shoval Group, LLC | The Shoval Group, LLC |
| (Name) | (Name) |
| 2121 6th Ave., Ste. 5419 | PO Box 8066 |
| (Address) | (Address) |
| Seattle          WA      98121 | Yakima          WA      98908 |
| (City)     (State)   (Zip) | (City)     (State)   (Zip) |

**ECF Filers: You must update creditor names and addresses in creditor maintenance upon the filing of this document.**

_____
Signature

8/29/18
_____
Date

ADDRESS CHANGE FORM - 1