DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:                                              Case No.  18-00054-FLK13
Martinez, Mario M.
Martinez, Celina

                              Debtors

**AMENDED**
**<u>NOTICE OF PAYMENT</u>**

TO: Debtor, above-named:
    YOU ARE NOTIFIED that, as required by 11 USC 1326 (a) (1) you must commence making payments proposed by your plan as follows:

          **$ 602,000.00**                **Starting:  September 2018**

              These payments are to be made to:

                        **Daniel H. Brunner, Trustee**
                        **P.O. Box 1003**
                        **Memphis, TN 38101-1003**

until further Order of the Court. Payments are to be made by Certified Check, Cashier's Check or Money Order, or via www.tfsbillpay.com.
    Your **NAME** and **CASE NUMBER** must be clearly printed on each remittance. Save all reciepts of your remittance.

              **NO CASH OR PERSONAL CHECKS WILL BE ACCEPTED.**
    **IF YOU DO NOT MAKE THESE PAYMENTS, YOUR CASE MAY BE DISMISSED.**

                                        Daniel H. Brunner, Trustee
    Dated:  9/4/2018                    By:  Dan Fey  /S/DWF